AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**AMENDED**
**JUDGMENT IN A CIVIL CASE**

**HEAT AND FROST INSULATORS, LOCAL NO. 19,**

        Plaintiff,

        V.        CASE NUMBER: **03-C-1018**

**INSULATION SYSTEMS, INC.,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the plaintiff's motion for summary judgment is GRANTED. The defendant is to pay the sum of $30,000.00 as required by the Joint Trade Board rulings of July 16, 2002 and March 24, 2003 and in the manner therein prescribed.**
**In addition, defendant is to pay to the plaintiff attorney fees in the amount of $2,885.50. This action is hereby DISMISSED.**

| | |
|---|---|
|    **November 22, 2005** |  **SOFRON B. NEDILSKY** |
| Date | Clerk |
| |   s/ Linda M. Zik |
| | (By) Deputy Clerk |